IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stern, Shelly

Printed: 01/06/09

Case Number: 06 B 02390
Judge: Hollis, Pamela S
Filed: 3/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 17, 2008
Confirmed: May 15, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 775.54 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 174.46 |
| Other Funds: |  | 0.00 |
| Totals: | 3,250.00 | 3,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,300.00 | 2,300.00 |
| 2. | Internal Revenue Service | Priority | 2,071.00 | 775.54 |
| 3. | Resurgent Capital Services | Unsecured | 587.92 | 0.00 |
| 4. | Capital One | Unsecured | 323.67 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,183.62 | 0.00 |
| 6. | Specialized Management Consultants | Unsecured | 212.06 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 7.78 | 0.00 |
| 8. | B-Real LLC | Unsecured | 252.22 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 428.22 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 11. | Periodontics, Ltd | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,366.49 | $ 3,075.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 26.00 |
| 4.8% | 37.44 |
| 5.4% | 77.22 |
| 6.5% | 33.80 |
|  | $ 174.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stern, Shelly | Case Number:  06 B 02390 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  3/13/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

